**Charles ASHFORD, Appellant,**

v.

**Grant HARRIS, Warden, Varner Super Max, ADC; John Whaley, Assistant Warden, Varner Super Max, ADC, Appellees.**

**No. 09–3954.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 3, 2010.

Filed: June 11, 2010.

Charles Ashford, Grady, AR, pro se.

Ali Brady, Attorney General's Office, Little Rock, AR, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

[1]. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

**542**

PER CURIAM.

Arkansas inmate Charles Ashford appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following careful de novo review, *see Johnson v. Hamilton*, 452 F.3d 967, 971–72 (8th Cir.2006), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.